FILED

2005 JUN -8 P 1: 28

CLERK, US DIST. COURT
EASTERN DIST OF CALIF
AT FRESNO

BY_____ DEPUTY

1  THOMAS J. RICHARDSON #138104
   Attorney at Law
2  2950 Mariposa
   Fresno, California 93721
3  Tele: (559) 264-6481
   Fax:  (559) 264-0240
4
   Attorney for Defendant
5  Daniel Villalobos Ramirez

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9
   THE PEOPLE OF THE STATE OF      )  Case No.: 1:03-cr-05023-REC
10 CALIFORNIA,                     )
                                   )  SUBSTITUTION OF
11            Plaintiff,           )  ATTORNEY
                                   )
12      vs.                        )
                                   )
13 DANIEL VILLALOBOS RAMIREZ,      )
            Defendant,             )
14                                 )

15
        DANIEL VILLALOBOS RAMIREZ, defendant herein, substitutes Thomas
16
   J. Richardson, Attorney at Law, as his attorney of record in place
17
   of_____.
18
   Dated: 5/26/05                        _____
19                                       DANIEL VILLALOBOS RAMIREZ
20
   The undersigned agrees to the above substitution.
21
   Dated: 6/1/05                         _____
22
23
   The undersigned agrees to the above substitution
24
25 Dated: 5-28-05                        _____
                                         THOMAS J. RICHARDSON

It is so ordered.

Dated: 6-7- , 2005

_____
USDOJ