1  THOMAS J. RICHARDSON #138104
   Attorney at Law
2  2950 Mariposa
   Fresno, California 93721
3  Tele: (559) 264-6481
   Fax: (559) 264-0240
4
   Attorney for Defendant
5  Daniel Villalobos Ramirez

**LODGED**

AUG 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**FILED**

2005 AUG -2  A 10: 50

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>    Plaintiff,<br>vs.<br>DANIEL VILLALOBOS RAMIREZ,<br>    Defendant, | Case No.: 1:03-cr-05023-REC<br><br>SUBSTITUTION OF ATTORNEY |

DANIEL VILLALOBOS RAMIREZ, defendant herein, substitutes Thomas J. Richardson, Attorney at Law, as his attorney of record in place of _____.

Dated: 5/26/05    ~~_____~~
                  DANIEL VILLALOBOS RAMIREZ

The undersigned agrees to the above substitution.

Dated: Aug 1, 05   _____

The undersigned agrees to the above substitution.

Dated: 5-28-05    _____
                  THOMAS J. RICHARDSON

-1-

```
1  THOMAS J. RICHARDSON #138104
   Attorney at Law
2  2950 Mariposa
   Fresno, California 93721
3  Tele: (559) 264-6481
   Fax:  (559) 264-0240
4
   Attorney for Defendant
5  Daniel Villalobos Ramirez
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE STATE OF CALIFORNIA,   Plaintiff,  vs.  DANIEL VILLALOBOS RAMIREZ,   Defendant, | Case No.: 1:03-cr-05023-REC  SUBSTITUTION OF ATTORNEY |
|---|---|

DANIEL VILLALOBOS RAMIREZ, defendant herein, substitutes Thomas J. Richardson, Attorney at Law, as his attorney of record in place of _____.

Dated: 5/26/05

DANIEL VILLALOBOS RAMIREZ

The undersigned agrees to the above substitution.

Dated: _____

The undersigned agrees to the above substitution.

Dated: 5-28-05

THOMAS J. RICHARDSON

-1-

It is so ordered.

Dated: Aug 2 , 2005                                  [signature]